IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. Bank National Association, as Trustee,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>James A. Key, Real party in interest, Beneficiary,<br><br>　　　　　　Defendant. | 2:11-cv-01122-GEB-EFB<br><br>ORDER REMANDING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION |

Defendant, proceeding in propria persona, filed an *ex parte* application for a temporary restraining order on April 29, 2011. Defendant removed this unlawful detainer case from the Superior Court of California for the County of San Joaquin. Defendant argues in an attachment to his removal petition that this Court has original jurisdiction over this action because it "is an illegal transaction due to the fact that there has been a Federal case pertaining to said property[.]" (ECF No. 5-1.) However, Defendant failed to include a copy of the pleadings filed in the state court as required by 28 U.S.C. § 1446(a) and has not shown that the federal court has jurisdiction over this case. Therefore, this case is remanded to the Superior Court of California for the County of San Joaquin from which it was removed.

Dated:  April 29, 2011

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　United States District Judge

1